```
IN THE UNITED STATES DISTRICT COURT FOR THE
            EASTERN DISTRICT OF OKLAHOMA
```

DENNIS E. BURROWS,            )
                              )
        Plaintiff,             )
                              )
                              ) No. Civ-05-306-S
                              )
vs.                           )
                              )
JO ANNE B. BARNHART, Commissioner, )
Social Security Administration,    )
                              )
        Defendant.             )

## ORDER

On May 16, 2006, the United States Magistrate Judge for this district entered Findings and Recommendations in the above referenced case, recommending that this Court affirm the Secretary's decision as determined by the Administrative Law Judge ("ALJ") denying benefits to Plaintiff. No objection was filed to said Findings and Recommendations and the time for filing said objections has expired. As such, the court deems such Findings and Recommendations confessed.

This Court finds the Findings of the Magistrate/Judge affirming this case are supported by the record.

Upon full consideration of the entire record and the issues herein, this Court finds and orders that the Findings and Recommendations of the United States Magistrate be affirmed and adopted by this Court as this Court's Findings and Order.

**IT IS SO ORDERED** this 21st day of June, 2006.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma